The Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> HEIDI E. HOEPFNER, <br><br> Defendant/Judgment Debtor, <br><br> and <br><br> DUVALL FAMILY GROCERY, INC., <br><br> Garnishee. | NO. 2:18-MC-00090-RSL <br><br> (2:08-CR-0007-1) <br><br> **Order Terminating Garnishment Proceeding** |

This matter came before the Court on the United States' Application to Terminate Garnishment Proceeding. For the reasons stated in the United States' Application, the Court concludes that this Garnishment should be terminated, pursuant to 28 U.S.C. § 3205(c)(10)(A).

IT IS ORDERED that the garnishment is terminated and that Duvall Family Grocery, Inc. is relieved of further responsibility pursuant to this garnishment.

//

ORDER TERMINATING GARNISHMENT PROCEEDING
(*USA v. Heidi Hoepfner and Duvall Family Grocery, Inc.*, USDC#: 2:18-MC-00090-RSL/2:08-CR-0007-1) - 1

UNITED STATES ATTORNEY'S OFFICE
700 STEWART STREET, SUITE 5220
SEATTLE, WA 98101
PHONE: 206-553-7970

DATED this 7th day of November, 2018.

*/s/ Robert S. Lasnik*
JUDGE ROBERT S. LASNIK
UNITED STATES DISTRICT COURT JUDGE

Presented by:

s/ Kyle A. Forsyth
KYLE A. FORSYTH, WSBA # 34609
Assistant United States Attorney

(*USA v. Heidi Hoepfner and Duvall Family Grocery, Inc.,* **USDC#: 2:18-MC-00090-RSL/2:08-CR-0007-1) - 2**

**UNITED STATES ATTORNEY'S OFFICE
700 STEWART STREET, SUITE 5220
SEATTLE, WA 98101
PHONE: 206-553-7970**